```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 14-04390-RNO
Robert O. Keller, Jr.                                                     Chapter 13
        Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: DDunbar           Page 1 of 1            Date Rcvd: Feb 02, 2018
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
          +Masterbrand Cabinets Inc,    Attn Payroll Dept,   One Masterbrand Cabinets Drive,
            Jasper, IN 47546-2248

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M&T bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven P. Miner    on behalf of Debtor 1 Robert O. Keller, Jr. sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Thomas I Puleo    on behalf of Creditor    M&T tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

In Re: : Case No. 1-14-bk-04390-RNO
Robert O. Keller, Jr. : Chapter 13
:
Debtor(s) :

## ORDER

Upon Consideration of Debtor's Motion to Terminate Wage Attachment filed on behalf of Robert O. Keller, Jr. the Motion is granted and Debtor's employer is hereby directed to cease wage attachment.

Dated: February 02, 2018                By the Court,

                                                                  _____
                                                                  Robert N. Opel, II, Chief Bankruptcy Judge (DG)